IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

SHARON M. HANSON and
DOUGLAS B. HANSON,

  Plaintiffs,

    v.         CV 216-034

COLGATE-PALMOLIVE COMPANY;
CYPRUS AMAX MINERALS COMPANY;
and JOHN DOES NO. 1-5,

  Defendants.

## O R D E R

Before the Court are (1) Plaintiffs' and Defendant Cyprus Amax Minerals Company's ("Cyprus Amax") joint motion to dismiss Defendant Cyprus Amax (Doc. 197) and (2) Defendant Cyprus Amax's motion for summary judgment (Doc. 53). Upon due consideration, this Court finds that dismissal is appropriate pursuant to Federal Rule of Civil Procedure 41(a)(2), and the Parties' joint motion to dismiss (Doc. 197) is **GRANTED**. **IT IS THEREFORE ORDERED** that Plaintiffs' claims against Defendant Cyprus Amax are **DISMISSED WITH PREJUDICE**.

As Cyprus Amax is hereby dismissed, this Court need not reach a decision on its motion for summary judgment. Accordingly, Defendant Cyprus Amax's motion for summary judgment (Doc. 53) is **DENIED AS MOOT**.

**ORDER ENTERED** at Augusta, Georgia, this 21ST day of September, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA